MARK J. CONNOT (10010)
REX D. GARNER (9401)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 8915
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
rgarner@foxrothschild.com
*Attorneys for Plaintiff EL AL Israel Airlines, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EL AL ISRAEL AIRLINES, LTD,<br><br>Plaintiff,<br><br>v.<br><br>SWISSPORT USA, INC.; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00517-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES RE BILL OF COSTS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR 7-1 and LR 54-1, Plaintiff EL AL Israel Airlines, Ltd. ("Plaintiff" or "EL AL") and Defendant Swissport USA, Inc. ("Swissport"), by and through their respective undersigned counsel, hereby stipulate to the following deadlines regarding Swissport's Bill of Costs filed on April 4, 2023 [ECF No. 50].

El Al's objection to Swissport's Bill of Costs currently due on April 18, 2023, will be due on April 25, 2023.  Swissport's response to El Al's objection will be due on May 2, 2023.

DATED this 17th day of April, 2023.

**FOX ROTHSCHILD LLP**

*/s/ Rex D. Garner*
MARK J. CONNOT (10010)
REX D. GARNER (9401)
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 8915
(702) 262-6899 tel

DATED this 17th day of April, 2023.

**WILEY PETERSEN**

*/s/ Jason M. Wiley*
JASON M. WILEY (09274)
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
(702) 910-3329 tel

| | | |
|---|---|---|
| 1 | *Attorneys for Plaintiff EL AL Israel Airlines, Ltd.* | GARTH W. AUBERT<br>(*Admitted Pro Hac Vice*)<br>**MG+M LLP**<br>444 South Flower Street, Ste. 4100<br>Los Angeles, California  90071<br>(213) 694-4216 tel<br>gaubert@mgmlaw.com |

*Attorneys for Defendant Swissport USA, Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  4-21-2023 _____

2

144748565