MARK J. CONNOT (10010)
REX D. GARNER (9401)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 8915
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
rgarner@foxrothschild.com
*Attorneys for Plaintiff EL AL Israel Airlines, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EL AL ISRAEL AIRLINES, LTD,<br><br>Plaintiff,<br>v.<br>SWISSPORT USA, INC.; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00517-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff EL AL Israel Airlines, Ltd. ("Plaintiff" or "EL AL") and Defendant Swissport USA, Inc. ("Swissport") (together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

1.  On May 6, 2024, the Court noted that the Ninth Circuit Court of Appeals had issued its Mandate reversing and remanding the instant action to proceed to trial and the Court ordered the Parties to file a Joint Pretrial Order consistent with the Ninth Circuit's Memorandum Decision by June 5, 2024 [Dkt No. 62].

2.  The Parties are discussing potential resolution of the case and have agreed to extend the deadline to file a Joint Pretrial Order up to and including July 12, 2024, which takes into consideration that 30 days falls during the 4th of July holiday period.

/ /

/ /

1    This Stipulation is not intended to cause delay or prejudice any party.

2    **IT IS SO STIPULATED.**

3    DATED this 17th day of May, 2024.                    DATED this 17th day of May, 2024.

4    **FOX ROTHSCHILD LLP**                               **WILEY PETERSEN**

6    */s/ Mark J. Connot*                                 */s/ Jason M. Wiley*
     MARK J. CONNOT (10010)                               JASON M. WILEY (09274)
7    REX D. GARNER (9401)                                 E. DANIEL KIDD (10106)
     1980 Festival Plaza Drive, #700                      1050 Indigo Drive, Suite 200B
8    Las Vegas, Nevada 8915                               Las Vegas, Nevada 89145
     mconnot@foxrothschild.com                            (702) 910-3329 tel
     rgarner@foxrothschild.com
9    *Attorneys for Plaintiff EL AL Israel Airlines,*     GARTH W. AUBERT
     *Ltd.*                                               (*Admitted Pro Hac Vice*)
                                                          **MG+M LLP**
                                                          444 South Flower Street, Ste. 4100
                                                          Los Angeles, California  90071
                                                          (213) 694-4216 tel
                                                          gaubert@mgmlaw.com
                                                          *Attorneys for Defendant Swissport USA, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  May 20, 2024

2

158577486