JASON M. WILEY, ESQ.
Nevada Bar No. 09274
**WILEY PETERSEN**
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: (702) 910-3329
jwiley@wileypetersenlaw.com

GARTH W. AUBERT, ESQ.
(*Admitted pro hac vice*)
**MG+M THE LAW FIRM**
444 South Flower Street, Suite 4100
Los Angeles, California 90071
Telephone: (213) 694-4216
gaubert@mgmlaw.com

*Attorneys for Defendant,*
*Swissport USA, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EL AL ISRAEL AIRLINES, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>SWISSPORT USA, INC.; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-00517-GMN-VCF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DEADLINE TO FILE A JOINT PRETRIAL ORDER** |

The parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter.  Counsel for the parties are in the process of preparing and finalizing a *Settlement Agreement and Release of All Claims* ("Agreement").  The parties intend to finalize and execute the Agreement as soon as practicable, but respectfully request that they are given 30 days within which to do so as well as file a stipulation to dismiss the litigation.

In addition, on May 20, 2024, the Court filed a *Stipulation and Order to Extend Deadline to File Pretrial Order* [ECF No. 64] which, in pertinent part, set the deadline for the parties to file a Joint Pretrial Order up to and including July 12, 2024.  The parties hereby stipulate to vacate the deadline based upon the pending settlement.

//

The stipulation is not intended to cause delay or prejudice any party.

**IT IS SO STIPULATED.**

DATED this 28th day of June, 2024.

DATED this 28th day of June, 2024.

**FOX ROTHSCHILD LLP**

**WILEY PETERSEN**

*/s/ Mark J. Connot*

*/s/ Jason M. Wiley*

MARK J. CONNOT, ESQ. (10010)
REX D. GARNER, ESQ. (9401)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89145
mconnot@foxrothschild.com
rgarner@foxrothschild.com

JASON M. WILEY, ESQ. (9274)
E. DANIEL KIDD, ESQ. (10106)
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
jwiley@wileypetersenlaw.com
dkidd@wileypetersenlaw.com

*Attorneys for El Al Israel Airlines, Ltd.*

GARTH W. AUBERT
**MG+M LLP**
444 South Flower Street, Suite 4100
Los Angeles, California 90071
gaubert@mgmlaw.com

*Attorneys for Swissport USA, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  July 1, 2024_____