JASON M. WILEY, ESQ.
Nevada Bar No. 09274
**WILEY PETERSEN**
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: (702) 910-3329
*jwiley@wileypetersenlaw.com*

GARTH W. AUBERT, ESQ.
(*Admitted pro hac vice*)
**MG+M THE LAW FIRM**
444 South Flower Street, Suite 4100
Los Angeles, California 90071
Telephone: (213) 694-4216
*gaubert@mgmlaw.com*

*Attorneys for Defendant,*
*Swissport USA, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EL AL ISRAEL AIRLINES, LTD. | CASE NO.: 2:21-cv-00517-GMN-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SWISSPORT USA, INC.; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff EL AL ISRAEL AIRLINES, LTD. and Defendant SWISSPORT USA, INC. (together, Plaintiff and Defendant "the Parties"), by and through their respective counsel of record, that the above-entitled action shall be DISMISSED WITH PREJUDICE, pursuant to Fed.R.Civ.P. 41(a)(2).

/ / /

IT IS HEREBY FURTHER STIPULATED that each of the Parties shall bear their own attorneys' fees, costs, and expenses incurred.

DATED this 25th day of July, 2024.

**WILEY PETERSEN**

/s/ Jason M. Wiley

JASON M. WILEY, ESQ. (9274)
RYAN S. PETERSEN, ESQ. (10715)
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

*Attorneys for Swissport USA, Inc.*

DATED this 25th day of July, 2024.

**FOX ROTHSCHILD LLP**

/s/ Mark J. Connot

MARK J. CONNOT, ESQ. (10010)
REX D. GARNER (9401)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
rgarner@foxrothschild.com

*Attorneys for El Al Israel Airlines, Ltd.*

**MG+M LLP**

/s/ Garth W. Aubert

GARTH W. AUBERT, ESQ.
(*admitted Pro Hac Vice*)
444 South Flower Street, Suite 4100
Los Angeles, California 90071
gaubert@mgmlaw.com

*Attorney for Swissport USA Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** July 26, 2024

2